# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

MARY F. KODENKANDETH,       :   No. 3 WAL 2019

         Petitioner        :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
         v.                  :

                                 :

DR. DAVID N. WESSEL, D.M.D.,      :

         Respondent      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal and the Application for Leave to Rebut Respondent's Answer Containing Misrepresentations are **DENIED**.